**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2431

LINDA MIANO,

Plaintiff - Appellant,

versus

JO ANNE BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon. Pamela Meade Sargent,
Magistrate Judge. (CA-02-162-1)

Submitted: May 28, 2004                 Decided: June 17, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin Wegbreit, Southwest Virginia Legal Aid Society, Castlewood,
Virginia, for Appellant. Patricia M. Smith, Acting Regional Chief
Counsel, Region III, Taryn F. Goldstein, Assistant Regional
Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United
States Attorney, Julie C. Dudley, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Linda Miano appeals the magistrate judge's order affirming the Commissioner's denial of supplemental security income benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Miano v. Barnhart, No. CA-02-162-1 (W.D. Va. Sept. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (2000).

- 2 -